UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SEBASTIAN DIEZ GOMEZ,

        Petitioner,

v.

BLUEBONNET DETENTION
FACILITY, WARDEN, *et al.*,

        Respondents.

No. 1:25-CV-00220-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed without prejudice for want of prosecution.

Dated January 30, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge